

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| Fort Stockton Holdings, L.P., Pecos County, City of Fort Stockton, Pecos County Water Control and Improvement District No. 1, and Brewster County Groundwater Conservation District, | § | No. 08-15-00382-CV |
| | § | Appeal from the |
| | § | 83rd District Court |
| Appellants, | § | of Pecos County, Texas |
| v. | § | (TC# P-7047-83-CV) |
| Middle Pecos Groundwater Conservation District, | § | |
| | § | |
| Appellee. | § | |

# **O R D E R**

The Court has set this case for oral argument on three different dates, but the parties have filed and the Court has granted a motion to vacate each setting. After further consideration, the Court has determined that the case should be set for submission **without** oral argument. Therefore, the above styled and numbered cause is set for submission **without** oral argument on **June 22, 2017.** NO FURTHER MOTIONS TO VACATE THE SUBMISSION SETTING WILL BE CONSIDERED BY THIS COURT.

IT IS SO ORDERED this 12th day of April, 2017.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.